# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

IN RE:

KATHLEEN A KING

Chapter 13.
Case No.
08-18286-WCH

Debtor(s)

## TRUSTEE'S REPORT AND ACCOUNT AND
## NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed the attached Report and Account with the Court. Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service. In the absence of a timely objection, the Court may approve the Report and Account without a hearing.

**Carolyn A. Bankowski**
**Chapter 13 Trustee**

By: /s/ Carolyn A. Bankowski

**Office of the Chapter 13 Trustee**
**P.O. Box 8250**
**Boston, MA 02114-0033**
**(617) 723-1313**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.

/s/ Carolyn A. Bankowski
Carolyn A. Bankowski, Esq

# United States Bankruptcy Court
For The
Dist of Massachusetts, Boston Div

KATHLEEN A KING  
69 KIRK CIRCLE  
PLYMOUTH, MA 02360

Case No.: 08-18286-WCH  
SS #1: XXX-XX-9291

## TRUSTEE REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 30 | 08 | The Plan was confirmed on | 12 | 01 | 08 | The Case was concluded on | 03 | 25 | 14 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.      $ 5,700.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| ASCENSION CAPITAL GROUP, | 001 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| TOWN OF ATHOL | 002 | Priority | 259.42 | 259.42 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | 003 | Unsecured | 6,913.63 | 611.59 | 0.00 | 6,302.04 |
| SALLIE MAE GUARANTEE SERV | 004 | Unsecured | 12,355.86 | 1,093.00 | 0.00 | 11,262.86 |
| CAPITAL ONE AUTO FINANCE | 006 | DirectPay | 30,285.47 | 0.00 | 0.00 | DirectPay |
| EVERHOME MORTGAGE COMPANY | 007 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST | 008 | Unsecured | 11,216.50 | 992.21 | 0.00 | 10,224.29 |
| EVERHOME MORTGAGE COMPANY | 009 | DirectPay | 6,781.24 | 0.00 | 0.00 | DirectPay |
| EVERHOME MORTGAGE COMPANY | 009 | Ignore | 16.51 | 16.51 | 0.00 | 0.00 |
| HSBC BANK | 010 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| QUINCY CREDIT UNION | 011 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| QUINCY CREDIT UNION | 012 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| QUINCY CREDIT UNION | 013 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| KATHLEEN A KING | 999 | Refund | 300.00 | 300.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 259.42 | 30,502.50 | 0.00 | 300.00 | 31,061.92 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 259.42 | 2,713.31 | 0.00 | 300.00 | 3,272.73 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,272.73 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| RICHARD D. SMELOFF, ESQ | 2,000.00 | 2,000.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 427.27 | 0.00 | 0.00 | 427.27 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan. **For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

0818286
KATHLEEN A KING
69 KIRK CIRCLE PLYMOUTH, MA 02360

0818286 9 799
RICHARD D. SMELOFF, ESQ
SMELOFF & ASSOCIATES 45 WILLARD ST., SUITE 200 QUINCY, MA 02169

0818286 3 001
ASCENSION CAPITAL GROUP, L.P.
ATTN: CAPITAL ONE AUTO FINANCE  P.O. BOX 201347 ARLINGTON, TX 76006

0818286 2 002
TOWN OF ATHOL
584 MAIN STREET, ROOM 17 ATHOL, MA 01331

0818286 3 003
NAVY FEDERAL CREDIT UNION
1 SECURITY PLACE P.O. BOX 3000 MERRIFIELD, VA 22119-3000

0818286 3 004
SALLIE MAE GUARANTEE SERVICES
ATTN. DEPOSIT OPERATIONS P.O. BOX 7167 INDIANAPOLIS, IN 46206-7167

0818286 1 006
CAPITAL ONE AUTO FINANCE
ASCENSION CAPITAL GROUP, L.P. P.O. BOX 201347 ARLINGTON, TX 76006

0818286 3 007
EVERHOME MORTGAGE COMPANY
301 W. BAY ST., STE 2200 JACKSONVILLE, FL 32202-5121

0818286 3 008
NATIONAL COLLEGIATE TRUST
C/O TOTAL DEBT MANAGEMENT PO BOX 2402 COLUMBUS, GA 31902

0818286 1 009
EVERHOME MORTGAGE COMPANY
301 W. BAY ST., STE 2200 JACKSONVILLE, FL 32202-5121

0818286 3 009
EVERHOME MORTGAGE COMPANY
301 W. BAY ST., STE 2200 JACKSONVILLE, FL 32202-5121