**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Kathleen A. King<br>               Debtor, | Chapter: 13<br>Case No: 08–18286<br>Judge William C. Hillman |

**NOTICE OF DISCHARGE REQUIREMENTS**
**(Local Form 12)**

    The debtor(s) is/are hereby advised that there are two prerequisites for obtaining a discharge in this Chapter 13 case.

1. The debtor must file a Motion for Entry of Discharge (Local Form 12) in accordance with Rule 13–22 in Appendix 1 of this Court's local rules.

2. The debtor must complete a U.S. Trustee–approved financial management course and file Official Form 23 certifying that the course was completed, or a certificate from the financial management course provider stating that the debtor completed the required course.

**(Note: If joint debtors, separate certificates must be filed.)**

    The debtor must do both 1 and 2 above. If the debtor fails to file either the Motion for Entry of Discharge or to file proof of completion of the financial management course, the case will be closed without entry of the discharge.

Date:4/28/14                                                                                                   By the Court,


                                                                                 James M. Lynch
                                                                                 Clerk, U.S. Bankruptcy Court


Please Note: Once a case is closed, a motion to reopen the case and a reopening fee are required.

46